IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM, and <br> PATTIE KETCHUM, <br><br> Plaintiffs, <br><br> vs. <br><br> ALTON JAMES DUPUIS, <br> McKENZIE TANK LINES, INC., <br> And A, B, C and D, the correct names <br> of which will be added by amendment <br> when ascertained, <br><br> Defendants. | CIVIL ACTION NO. <br> 3:05-cv-1174-F |

## REPORT OF PARTIES RULE 26(f) PLANNING MEETING

    1.    Pursuant to Fed.R.Civ.P. 26(f) and the Court's Rule 26(f) Order dated December 16, 2005, the parties conducted a discovery planning meeting on January 5, 2006 via telephone and was attended by:

    Sam E. Loftin for Plaintiffs Dana Ketchum and Pattie Ketchum.

    Andrew M. Thompson for Defendants Alton James Dupuis and McKenzie Tank Lines, Inc.

    The following discovery plan is hereby submitted. The discovery plan accounts for the recent death of Plaintiff Dana Ketchum and allows for sufficient time for Plaintiff's counsel to address issues with Mr. Ketchum's estate:

    2.    Pre-Discovery Disclosures. The parties will exchange by January 23, 2006 the information required by Fed.R.Civ.P. 26(a)(1).

    3.    Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    (a) Discovery will be needed on the following subjects: <u>All damages and liability issues</u>.

    (b) All discovery commenced in time to be completed by October 16, 2006.

    (c) Limitations on Interrogatories. Maximum of fifty (50) Interrogatories by each party to any other party. Responses due thirty three (33) days after service.

    (d) Limitations on Requests for Admissions.  Maximum of twenty five (25) Requests for Admission by each party to any other party.  Responses due thirty three (33) days after service.

    (e) Limitations on Depositions.  Maximum of ten (10) depositions of non-experts by Plaintiffs and ten (10) depositions of non-experts by Defendants.

    (f) Expert Reports.  Reports from retained experts under Fed.R.Civ.P. 26(a)(2) due:

        From Plaintiffs by June 5, 2006.
        From Defendants by July 10, 2006.

    (g) Supplements under Fed.R.Civ.P. 26(e) due no later than 30 days from the close of the discovery period.

    4.    Other Items.

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference with the Court on or about March 20, 2007.

Plaintiffs should be allowed until May 1, 2006 to join additional parties and to amend the pleadings.

Defendants should be allowed until June 1, 2006 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by December 18, 2006.

Settlement cannot be evaluated prior to October 16, 2006.

Final lists of witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) should be due:

    From Plaintiffs by April 16, 2007.
    From Defendants by April 16, 2007.

Parties should have fourteen (14) days after service of final lists of witnesses and exhibits to list objections under Fed.R.Civ.P. 26(a)(3).

The case should be ready for trial by May 14, 2007 and at this time is expected to take approximately six (6) days.

The parties have discussed the potential for a settlement by mediation and have jointly agreed to consider mediation at the appropriate time after discovery.  The parties agree however

that the case should remain on the trial docket. The parties will request that the mediator make a report to the Court concerning such mediation.

    DATE:    January 6, 2006

                              /s/ Sam E. Loftin
                              Sam E. Loftin (LOF004)
                              Attorney for Plaintiffs
                              Dana Ketchum and Pattie Ketchum

Loftin, Loftin & Hall
P. O. Box 2566
Phenix City, AL 36868-2566

                              /s/ Richard E. Broughton
                              Richard E. Broughton (BRO043)
                              Attorney for Defendants
                              McKenzie Tank Lines, Inc. and
                              Alton James DuPuis

Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL  36109
Telephone:  (334) 387-7680
Facsimile:  (334) 387-3222

                              /s/ Stephen E. O'Day
                              Georgia Bar No. 549337
                              Andrew M. Thompson
                              Georgia Bar No. 707319
                              Counsel for Defendants
                              McKenzie Tank Lines, Inc. and
                              Alton James DuPuis

Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree St., N.E.
Atlanta, GA  30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

**CERTIFICATE OF SERVICE**

      I hereby certify that on this January 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sam E. Loftin, Esq.
Loftin, Loftin & Hall
P. O. Box 2566
Phenix City, AL 36868-2566

                                    /s/ Richard E. Broughton
                                    OF COUNSEL

LIT\933273.2