**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 6, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Ketchum et al v. DuPuis et al

**Case Number:** 3:05-cv-01174-MEF

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by e-filer in error.**

**The correct PDF document is attached to this notice for your review. Reference is made to document #7 filed on January 6, 2006.**