

## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**        }
                                    } ss.
**NORTHERN DISTRICT OF GEORGIA**    }

      I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY that STEPHEN EDMUND O'DAY, State Bar No. 549337,** was duly admitted to practice in said Court on July 16, 1979, and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 27th day of December, 2005.

LUTHER D. THOMAS
CLERK OF COURT



By: _Jamee Howard_ (signature)
Jamee Holland
Deputy Clerk

EXHIBIT A