IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-1174-F |
| ) | |
| ALTON JAMES DUPUIS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT TO ADMITTANCE OF
## PRO HAC VICE COUNSEL, STEPHEN E. O'DAY

I hereby consent without objection to the appearance of Stephen E. O'Day as *pro hac vice* counsel in the above-styled action. I further hereby waive hearing, notice and appearance at any hearing on said attorney's motions and applications for *pro hac vice* admittance.

_____
Sam E. Loftin (LOF004)
Attorney for Plaintiffs
Dana Ketchum and Pattie Ketchum

Loftin, Loftin & Hall
1705 7th Avenue
Post Office Box 2566
Phenix City, Alabama 36868-2566

_____
Richard E. Broughton (BRO043)
Attorney for Defendants
Alton James DuPuis and
McKenzie Tank Lines, Inc.

Ball, Ball, Matthews & Novak, PA
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36110
(334) 387-7680

EXHIBIT C

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served upon all counsel of record by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed as follows on this the 16th day of January, 2006.

Sam E. Loftin, Esq.
Loftin, Loftin & Hall
Post Office Box 2566
Phenix City, Alabama 36868-2566


_____
OF COUNSEL