

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**           }
                                        } ss.
**NORTHERN DISTRICT OF GEORGIA**       }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ANDREW MCFEE THOMPSON, State Bar No. 707319,** was duly admitted to practice in said Court on November 12, 1998, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 27th day of December, 2005.

    LUTHER D. THOMAS
    CLERK OF COURT

By: *Jamee Holland*
    Jamee Holland
    Deputy Clerk



EXHIBIT A