IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 3:05-cv-1174-F |
| ALTON JAMES DUPUIS, et al., | ) ) ) |
| Defendants. | ) ) |

## CONSENT TO ADMITTANCE OF
## PRO HAC VICE COUNSEL, ANDREW M. THOMPSON

I hereby consent without objection to the appearance of Andrew M. Thompson as *pro hac vice* counsel in the above-styled action. I further hereby waive hearing, notice and appearance at any hearing on said attorney's motions and applications for *pro hac vice* admittance.

_____
Sam E. Loftin (LOF004)
Attorney for Plaintiffs
Dana Ketchum and Pattie Ketchum

Loftin, Loftin & Hall
1705 7th Avenue
Post Office Box 2566
Phenix City, Alabama 36868-2566

_____
Richard E. Broughton (BRO043)
Attorney for Defendants
Alton James DuPuis and
McKenzie Tank Lines, Inc.

Ball, Ball, Matthews & Novak, PA
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36110
(334) 387-7680

EXHIBIT C

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon all counsel of record by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed as follows on this the ____16th____ day of ____January____, 2006.

Sam E. Loftin, Esq.
Loftin, Loftin & Hall
Post Office Box 2566
Phenix City, Alabama 36868-2566

_____R. E. Broughton_____
OF COUNSEL