IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM, and<br>PATTIE KETCHUM,<br><br>Plaintiffs,<br><br>v.<br><br>ALTON JAMES DUPUIS, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*     3:05-cv-01174<br>*<br>*<br>*<br>* |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney and files his Notice of Appearance on behalf of the Plaintiffs, Dana Ketchum and Pattie Ketchum, in the above styled cause as co-counsel with Sam E. Loftin, attorney of record for Plaintiffs.

Respectfully submitted on this the 24th day of January, 2006.

_____
RANDALL S. HAYNES (HAY006)
Attorney for Plaintiffs

OF COUNSEL:

**MORRIS, HAYNES & HORNSBY**
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660
Telephone: 256-329-2000
Facsimile: 256-329-2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record to this proceeding by U. S. mail on this the 24th day of January, 2006.

Sam E. Loftin, Esq.
Loftin, Loftin & Hall
P.O. Box 2566
Phenix City, AL 36868-2566

Richard E. Broughton, Esq.
Ball, Ball, Matthews & Novak
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Stephen E. O'Day, Esq.
Andrew M. Thompson, Esq.
Smith, Gambrell & Russell, LLP
Suite 3100, Promenae II
1230 Peachtree St., N.E.
Atlanta, GA 30309-3592

_____
OF COUNSEL