IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM, and<br>PATTIE KETCHUM,<br><br>           Plaintiffs,<br><br>vs.<br><br>ALTON JAMES DUPUIS,<br>McKENZIE TANK LINES, INC.,<br>And A, B, C and D, the correct names<br>of which will be added by amendment<br>when ascertained,<br><br>           Defendants. | CIVIL ACTION NO.<br>3:05-cv-1174-F |

## SUGGESTION OF DEATH OF ALTON JAMES DUPUIS

COMES NOW Defendant Alton James Dupuis ("Dupuis") and Defendant McKenzie Tank Lines, Inc. ("McKenzie", and together with Dupuis, the "Defendants"), by and through the undersigned counsel, and hereby notifies the Court of the death of Defendant Alton James Dupuis, who died on December 18, 2005.

This 26th day of January, 2006.

Respectfully submitted,

/s/Richard E. Broughton
RICHARD E. BROUGHTON (BRO043)

**OF COUNSEL:**
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL  36109
Telephone:  (334) 387-7680
Facsimile:  (334) 387-3222

LIT\936225.1

        SMITH, GAMBRELL & RUSSELL, LLP
        Stephen E. O'Day
        Georgia Bar No. 549337
        Andrew M. Thompson
        Georgia Bar No. 707319

Suite 3100, Promenade II
1230 Peachtree St., N.E.
Atlanta, GA  30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

        Counsel for Defendants
        McKenzie Tank Lines, Inc. and
        Alton James DuPuis

**CERTIFICATE OF SERVICE**

    I hereby certify that on this January 26, 2006, I electronically filed the foregoing **Suggestion of Death of Alton James Dupuis** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sam E. Loftin, Esq.
Loftin, Loftin & Hall
P. O. Box 2566
Phenix City, AL 36868-2566

                                        /s/Richard E. Broughton
                                        OF COUNSEL