IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM; and, <br> PATTIE KETCHUM, <br><br> Plaintiffs, <br> v. <br><br> ALTON JAMES DUPUIS; and, <br> MCKENZIE TANK LINES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CASE NO. 3:05-CV-1174-WKW <br> ) <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

The motion for Stephen E. O'Day to appear *pro hac vice* (Doc. #10-1) filed on January 17, 2006, is GRANTED.

The motion for Andrew M. Thompson to appear *pro hac vice* (Doc. #11-1) filed on January 17, 2006, is GRANTED.

DONE this 27th day of January, 2006.

       /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE