IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM and<br>PATTIE KETCHUM,<br><br>        Plaintiffs,<br><br>Vs.<br><br>ALTON JAMES DuPUIS,<br>McKENZIE TANK LINES, INC. and<br>A, B, C and D, the correct names of which<br>are otherwise unknown but which will be<br>added by amendment when ascertained,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 3:05-CV-1174-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER

Comes the Plaintiff, Pattie Ketchum, and moves the Court to amend the scheduling order to provide that amended pleadings be filed by May 1, 2006 and shows the following:

1. After the complaint was filed Dana Ketchum died.

2. The parties agreed in their planning meeting that the Plaintiff would have until May 1, 2006 to amend pleadings.

3. It is contemplated that the Will of Dana Ketchum will have to be probated and his personal representative substituted as a Plaintiff.

WHEREFORE, Plaintiff moves the Court to amend its scheduling order and allow Plaintiff to amend her pleadings by May 1, 2006.

                            LOFTIN, LOFTIN & HALL

                            BY: /s/ Sam E. Loftin
                                SAM E. LOFTIN (LOF004)
                                ATTORNEY FOR PLAINTIFFS
                                POST OFFICE BOX 2566
                                PHENIX CITY, ALABAMA 36868-2566
                                (334) 297-1870

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this  1st  day of February, 2006, served a copy of the within and foregoing by placing a copy of same in the United States Mail with sufficient postage attached thereto upon the following:

Mr. Andrew M. Thompson
Smith, Gambrell & Russell, LLP
Attorneys at Law
Suite 3100, Promenade II
1230 Peachtree St., N.E.
Atlanta, Georgia  30309-3592

Mr. Stephen E. O'Day
Smith, Gambrell & Russell, LLP
Attorneys at Law
Suite 3100, Promenade II
1230 Peachtree St., N.E.
Atlanta, Georgia  30309-3592

Mr. Richard E. Broughton
Ball, Ball, Matthews & Novak, PA
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama  36110

/s/ Sam E. Loftin
SAM E. LOFTIN
OF COUNSEL FOR PLAINTIFFS