IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM and PATTIE KETCHUM, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 3:05-CV-01174-WKW ) |
| ALTON JAMES DUPUIS, et al., | ) ) ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of Plaintiffs' Motion to Amend/Correct Scheduling Order (Doc. # 17), and for good cause shown, it is ORDERED that the motion is GRANTED. Section 4 of the Uniform Scheduling Order is AMENDED to reflect that motions to amend the pleadings and to add parties shall be filed on or before May 1, 2006. All other deadlines in this case remain unchanged.

DONE the 3rd day of February, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE