IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM, and <br> PATTIE KETCHUM, <br><br> Plaintiffs, <br><br> vs. <br><br> ALTON JAMES DUPUIS, <br> McKENZIE TANK LINES, INC., <br> And A, B, C and D, the correct names <br> of which will be added by amendment <br> when ascertained, <br><br> Defendants. | CIVIL ACTION NO. <br> 3:05cv01174-MEF |

## JOINT MOTION TO MODIFY UNIFORM SCHEDULING ORDER

Plaintiffs Dana Ketchum and Pattie Ketchum ("Plaintiffs"), and Defendants Alton James Dupuis and McKenzie Tank Lines, Inc. ("Defendants"), jointly move the Court for an order modifying the Court's Uniform Scheduling Order dated January 26, 2006 (the "Scheduling Order"), pertaining to disclosure of experts and reports. Currently, the Scheduling Order provides in Section 8 for Plaintiffs to disclose their experts and reports by April 23, 2007, which is the same date for Defendants to file dispositive motions, and for Defendants to disclose their experts and reports by May 23, 2007. The parties respectfully request that the Court enter an order modifying Section 8 of the Scheduling Order to reflect that Plaintiffs must disclose their experts and reports by November 15, 2006, and that Defendants must disclose their experts and reports by January 15, 2007. A Consent Order is provided for the Court's convenience.

This 7th day of February, 2006.

Respectfully submitted,

<div style="display: flex;">

MORRIS, HAYNES & HORNSBY

_____
Randall S. Haynes
Alabama Bar No – HAY006
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011
(256) 329-2000
(256) 329-2015 facsimile

Sam E. Loftin
Alabama Bar No – LOF004
Loftin, Loftin & Hall
P.O. Box 2566
Phenix City, Alabama 36868
(334) 297-1870
(334) 291-7887 facsimile

Attorneys for Plaintiffs
Dana Ketchum and Pattie Ketchum

SMITH, GAMBRELL & RUSSELL, LLP

_____
Stephen E. O'Day
Georgia Bar No. 549337
Admitted *Pro Hac Vice*
Andrew M. Thompson
Georgia Bar No. 707319
Admitted *Pro Hac Vice*
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3592
Telephone: (404) 815-3500

Richard E. Broughton
Alabama Bar No – BRO043
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
Telephone: (334) 387-7680
Facsimile: (334) 387-3222

Attorneys for Defendant McKenzie Tank Lines, Inc. and Defendant Alton James Dupuis

</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM, and<br>PATTIE KETCHUM,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALTON JAMES DUPUIS,<br>McKENZIE TANK LINES, INC.,<br>And A, B, C and D, the correct names<br>of which will be added by amendment<br>when ascertained,<br><br>        Defendants. | CIVIL ACTION NO.<br>3:05cv01174-MEF |

## ORDER

The parties' Joint Motion to Modify Uniform Scheduling Order having come before the Court, for good cause shown, SAID MOTION IS HEREBY GRANTED, and IT IS HEREBY ORDERED that the dates upon which the parties shall make the disclosures described in Section 8 of the Court's January 26, 2006 Uniform Scheduling Order are revised to November 15, 2006 for Plaintiffs, and January 15, 2007 for Defendants.

This ____ day of _____, 2006.

_____
THE HONORABLE W. KEITH WATKINS
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM, and <br> PATTIE KETCHUM, <br><br> Plaintiffs, <br><br> vs. <br><br> ALTON JAMES DUPUIS, <br> McKENZIE TANK LINES, INC., <br> And A, B, C and D, the correct names <br> of which will be added by amendment <br> when ascertained, <br><br> Defendants. | CIVIL ACTION NO. <br> 3:05cv01174-MEF |

## CERTIFICATE OF SERVICE

I hereby certify that on this February 7th, 2006, I electronically filed the foregoing **Joint Motion to Modify Uniform Scheduling Order** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Randall S. Haynes
Morris, Haynes & Hornsby
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011

Sam E. Loftin, Esq.
Loftin, Loftin & Hall
P. O. Box 2566
Phenix City, AL 36868-2566

/s/ _____
OF COUNSEL