IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM and<br>PATTIE KETCHUM,<br><br>    Plaintiffs,<br><br>v.<br><br>ALTON JAMES DUPUIS, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 3:05-CV-01174-WKW<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the parties' Joint Motion to Modify Uniform Scheduling Order (Doc. # 19), and for good cause shown, it is ORDERED that the motion is GRANTED. It is further ordered that the dates upon which the parties shall make disclosures described in Section 8 of the January 26, 2006 Uniform Scheduling Order are continued to November 15, 2006, for the plaintiffs, and to January 15, 2007, for the defendants.

DONE the 9th day of February, 2006.

                          /s/  W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE