IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANA KETCHUM and | * | |
| PATTY KETCHUM, | * | |
|     PLAINTIFFS, | * | |
| | * | |
| v. | * | 3:05-cv-1174-F |
| | * | |
| ALTON JAMES DUPUIS, | * | |
| MCKENZIE TANK LINES, INC., | * | |
|     DEFENDANTS. | * | |

## MOTION TO SUBSTITUTE PLAINTIFF PURSUANT TO FRCP 25(a)

COME NOW the Plaintiffs in the above styled cause and move this Honorable Court for an order permitting the substitution of Patty Ketchum, personal representative of the estate of Dana Ketchum, for the plaintiff Dana Ketchum, and for grounds would show the Court the following:

    1.    Dana Ketchum passed away on December 16, 2005, shortly after the filing of this lawsuit.

    2.    On January 26, 2006, the defendants filed a suggestion of death with this Court.

    3.    FRCP 25(a) provides that "if a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties." Further, "the motion for substitution may be made by any party or by the successors or representatives of the deceased party." *Id.* Patty Ketchum, as the wife of Dana Ketchum and as the personal representative of his estate, is the proper party to make such a request. Further, a personal injury lawsuit filed by a plaintiff survives that plaintiff's death under Alabama law. See, §

6-5-462, <u>Code of Alabama</u> 1975) and *King v. National Spa and Pool Institute, Inc.*, 607 So. 2d 1241 (Ala. 1992).

    4.    The instant motion is timely filed, being made prior to the expiration of the 90th day since the suggestion of death was filed on the record.

    5.    This substitution of parties will not prejudice any defendant in this matter and will serve the interests of justice by permitting this action to be determined on the merits.

    6.    Accordingly, these premises considered, the plaintiffs respectfully request that this Honorable Court issue an order permitting the substitution of Patty Ketchum, as personal representative of the estate of Dana Ketchum, for the plaintiff, Dana Ketchum.

Respectfully submitted on this the 25th day of April, 2006.

**MORRIS, HAYNES & HORNSBY**

/s Randall S. Haynes
    Attorney for Plaintiffs
    HAY006

Post Office Box 1660
Alexander City, Alabama 35011-1660
Phone: (256) 329-2000
Fax:   (256) 329-2015

Also Counsel for Plaintiff:

Mr. Sam E. Loftin
Loftin, Loftin & Hall
Post Office Box 2566
Phenix City, Alabama 36868-2566

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 25th day of April, 2006, I electronically filed the foregoing Motion for Substitution of Parties with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record in the above referenced case.

              /s Randall S. Haynes
              Of Counsel

cc: Mr. Richard E. Broughton
   Ball, Ball, Matthews & Novak, P.A.
   2000 Interstate Park Drive
   Suite 204
   Montgomery, Alabama 36109

   Mr. Stephen O'Day
   Mr. Andrew M. Thompson
   Smith, Gambrell & Russell, LLP
   Suite 3100 Promenade H
   1230 Peachtree Street, N.E.
   Atlanta, Georgia 30309-3592