IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM and * | |
| PATTIE KETCHUM, * | |
|     PLAINTIFFS, * | |
| * | |
| v. * | 3:05-cv-1174-WKW |
| * | |
| ALTON JAMES DUPUIS, * | |
| MCKENZIE TANK LINES, INC., * | |
|     DEFENDANTS. * | |

## MOTION TO AMEND COMPLAINT

COMES NOW the Plaintiff, Pattie Ketchum, individually and as the personal representative of the estate of Dr. Dana Ketchum, and moves this Honorable Court for an order permitting her to amend the Complaint in this matter. This Motion to Amend is timely filed under the Scheduling Order governing this action.

The Plaintiff wishes to amend the complaint in order to reflect the proper parties as set forth in the Motions for Permission to Substitute previously filed with this Court and to add a claim for the wrongful death of Dana Ketchum.

A copy of the proposed Amended Complaint is attached hereto as Exhibit A.

Respectfully submitted on the 26th day of April, 2006.

/s Randall S. Haynes
Attorney for Plaintiffs
HAY006

OF COUNSEL:
MORRIS, HAYNES & HORNSBY
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660
Phone: (256) 329-2000
Fax:   (256) 329-2015

Also Counsel for Plaintiff:

Sam E. Loftin, Esq.
Loftin, Loftin & Hall
Post Office Box 2566
Phenix City, Alabama 36868-2566

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 26th day of April, 2006, I electronically filed the foregoing Motion to Amend Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record in the above referenced case.

/s Randall S. Haynes
Of Counsel

cc:    Richard E. Broughton, Esq.
       Ball, Ball, Matthews & Novak, P.A.
       2000 Interstate Park Drive
       Suite 204
       Montgomery, Alabama 36109

       Stephen O'Day, Esq.
       Andrew M. Thompson, Esq.
       Smith, Gambrell & Russell, LLP
       Suite 3100 Promenade H
       1230 Peachtree Street, N.E.
       Atlanta, Georgia 30309-3592