IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM and <br> PATTIE KETCHUM, <br><br>    Plaintiffs, <br><br> v. <br><br> ALTON JAMES DUPUIS, et al., <br><br>    Defendants. | CASE NO. 3:05-CV-01174-WKW-VPM |

## **ORDER**

It is ORDERED that the defendants shall show cause **on or before May 12, 2006**, why the following motions filed by the plaintiffs should not be granted:

1. Motion to Substitute Plaintiff (Doc. # 21);

2. Motion to Substitute Defendant (Doc. # 22).

DONE this the 28th day of April, 2006.

                                                      /s/ W. Keith Watkins
                                                      UNITED STATES DISTRICT JUDGE