IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM, and<br>PATTIE KETCHUM,<br><br>      Plaintiffs,<br><br>vs.<br><br>ALTON JAMES DUPUIS,<br>McKENZIE TANK LINES, INC.,<br><br>      Defendants. | CIVIL ACTION NO.<br>3:05-cv-1174-WKW |

## COUNSEL'S MEMORANDUM OF
## REPRESENTATION OF NORMA V. DUPUIS

COMES NOW, counsel for Norma V. Dupuis, as the personal representative of the estate of Alton James Dupuis, a Defendant in the above styled action, and for grounds would show the Court as follows:

1.    Norma V. Dupuis, as the personal representative of the estate of Alton James Dupuis, is represented in this action by the below counsel for Defendants in this action.

2.    Norma V. Dupuis has received a copy of, and does not oppose, each of (1) the Motion To Substitute Plaintiff Pursuant to FRCP 25(a), filed April 25, 2006; (2) the Motion To Substitute Defendant Pursuant to FRCP 25(a), filed April 25, 2006; and (3) the Motion To Amend/Correct Complaint, filed April 26, 2006, attaching as an exhibit thereto the First Amended Complaint.

/s/ Richard E. Broughton
**RICHARD E. BROUGHTON (BRO043)**

**OF COUNSEL:**
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL  36109
Telephone:  (334) 387-7680
Facsimile:  (334) 387-3222

                    **SMITH, GAMBRELL & RUSSELL, LLP**
                    Stephen E. O'Day
                    Georgia Bar No. 549337
                    Andrew M. Thompson
                    Georgia Bar No. 707319

Suite 3100, Promenade II
1230 Peachtree St., N.E.
Atlanta, GA  30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

                    Counsel for Defendants
                    McKenzie Tank Lines, Inc. and
                    Alton James DuPuis

**Defendant demands trial by jury.**

                    /s/ Richard E. Broughton
                    **RICHARD E. BROUGHTON (BRO043)**

**OF COUNSEL:**
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL  36109
Telephone:  (334) 387-7680
Facsimile:  (334) 387-3222

                    **SMITH, GAMBRELL & RUSSELL, LLP**
                    Stephen E. O'Day
                    Georgia Bar No. 549337
                    Andrew M. Thompson
                    Georgia Bar No. 707319

Suite 3100, Promenade II
1230 Peachtree St., N.E.
Atlanta, GA  30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

                       Counsel for Defendants
                       McKenzie Tank Lines, Inc. and
                       Alton James DuPuis

## **CERTIFICATE OF SERVICE**

I hereby certify that on this May 22, 2006, I electronically filed the foregoing **Counsel's Memorandum of Representation of Norma V. Dupuis** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sam E. Loftin, Esq.
Loftin, Loftin & Hall
P. O. Box 2566
Phenix City, AL 36868-2566

Randall S. Haynes, Esq.
Morris, Haynes & Hornsby
131 Main Street
P.O. Box 1660
Alexander City, AL 35011-1660

                       /s/ Richard E. Broughton
                       OF COUNSEL