IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DANA KETCHUM and                )
PATTIE KETCHUM,                  )
                                 )
    Plaintiffs,                 )
                                 )
v.                               )          CASE NO. 3:05-CV-01174-
                                 )          WKW-VPM
                                 )
ALTON JAMES DUPUIS, et al.,      )
                                 )
    Defendants.                 )

## ORDER

    Upon consideration of plaintiffs' motions to substitute parties, and upon defense counsel's written notice (Doc. # 25), it is ORDERED that the motions (Doc. # 21 and Doc. # 22) are GRANTED.

    It is further ORDERED that the plaintiff's Motion to Amend Complaint (Doc. # 23) is GRANTED and that the plaintiff shall file the amended complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

    DONE this the 15th day of June, 2006.

           /s/  W. Keith Watkins
          UNITED STATES DISTRICT JUDGE