**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

June 30, 2006

# NOTICE OF CORRECTION

FROM:     Clerk's Office

Case Style:  Ketchum et al v. DuPuis et al

Case No.:   3:05cv1174-WKW
            Document   27 Amended Complaint

This Notice of Correction was filed in the referenced case this date to attach the corrected pdf for the Amended Complaint. The e-filer inadvertently attached the wrong pdf to this document when originally e-file. A copy of the corrected Amended Complaint is attached to this Notice and document 27 has been corrected.

Case 3:05-cv-01174-WKW-WC    Document 28    Filed 06/30/2006    Page 2 of 2