IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATTIE KETCHUM, individually and As the Personal Representative of the Estate of Dr. Dana Ketchum, | } } } } | |
| Plaintiff, | } } | |
| vs. | } } | CIVIL ACTION NO. 3:05-cv-1174-WKW |
| McKENZIE TANK LINES, INC., and NORMA V. DUPUIS, | } } } | |
| Defendants. | } | |

## NOTICE TO ATTORNEY GENERAL OF CONSTITUTIONAL CHALLENGE

In compliance with the requirements of Alabama Code § 6-6-227 (1975), the Defendants identified in the above-styled cause as McKenzie Tank Lines, Inc. and Norma V. Dupuis, hereby notify the Attorney General of the State of Alabama of their constitutional challenges to Alabama Code §§ 6-5-410 (1975), 6-11-20 (1975), 6-11-21 (Supp. 1999), and 6-11-29 (1975). These statutes are unconstitutional both on their face and as applied in this case, as follows:

1.  Defendants have filed Amended Answers to the Complaint in the above-styled case, and therein have set forth constitutional challenges to the above-referenced statutes in the form of defenses stated in the Answers. A copy of the Answers setting forth those constitutional challenges to the above-referenced Alabama statutes are attached hereto as Exhibits A and B and incorporated herein.

2.  Defendants have served a copy of this notice and attached exhibits upon the Attorney General of the State of Alabama by certified mail, restricted delivery, return receipt requested.

/s/ Richard E. Broughton
**RICHARD E. BROUGHTON (BRO043)**

**OF COUNSEL:**
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL  36109
Telephone:  (334) 387-7680
Facsimile:  (334) 387-3222

SMITH, GAMBRELL & RUSSELL, LLP
Stephen E. O'Day
Georgia Bar No. 549337
Andrew M. Thompson
Georgia Bar No. 707319

Suite 3100, Promenade II
1230 Peachtree St., N.E.
Atlanta, GA  30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

Counsel for Defendants
McKenzie Tank Lines, Inc. and
Norma V. Dupuis, as the Personal Representative of the
Estate of Alton James Dupuis

**CERTIFICATE OF SERVICE**

I hereby certify that on this July 12, 2006, I electronically filed the foregoing **Notice to Attorney General of Constitutional Challenge** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sam E. Loftin, Esq.
Loftin, Loftin & Hall
P. O. Box 2566
Phenix City, AL 36868-2566

Randall S. Haynes, Esq.
Morris, Haynes & Hornsby
131 Main Street
P.O. Box 1660
Alexander City, AL 35011-1660

                                        /s/ Richard E. Broughton
                                        OF COUNSEL