IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATTIE KETCHUM, individually and as the Personal Representative of the Estate of Dr. Dana Ketchum,<br><br>Plaintiff,<br><br>v.<br><br>MCKENZIE TANK LINES, INC., and NORMA V. DUPUIS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3:05-CV-1174-WKW<br>)<br>)<br>)<br>)<br>) |

## ACCEPTANCE AND WAIVER

TROY KING, Attorney General of the State of Alabama, acknowledges service of the **Notice to Attorney General of Constitutional Challenge** in the above-styled cause pursuant to §6-6-227 *Code of Alabama,* 1975 (Attached). The Attorney General, having filed this Acceptance and Waiver in this action, hereby waives any further service upon him of any pleadings, discovery and other matters filed in this cause and presently waives the right to be heard.

Respectfully submitted,

TROY KING, KIN047
ATTORNEY GENERAL

_____
BILLINGTON M. GARRETT, GAR029
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have this 10th day of August, 2006, served a copy of the foregoing by first-class United States Mail, postage prepaid and addressed upon the following:

Richard E. Broughton, Esquire
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

Stephen E. O'Day, Esquire
Andrew M. Thompson, Esquire
Smith, Gambrell & Russell, L.L.P.
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592

Sam E. Loftin, Esquire
Loftin, Loftin & Hall
Post Office Box 2566
Phenix City, Alabama 36868-2566

Randall S. Haynes, Esquire
Morris, Haynes & Hornsby
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660

_____
BILLINGTON M. GARRETT, GAR029
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-353-8235 (Fax)

§6-6-227. Persons to be made parties; rights of persons not parties.

All persons shall be made parties, who have, or claim, any interest which would be affected by the declaration, and no declaration shall prejudice the rights of persons not parties to the proceeding. In any proceeding which involves the validity of a municipal ordinance, or franchise, such municipality shall be made a party and shall be entitled to be heard; and if the statute, ordinance, or franchise is alleged to be unconstitutional, the Attorney General of the state shall also be served with a copy of the proceeding and be entitled to be heard. (Act 1935, No. 355, p. 777; Code 1940, T.7, § 166.)