IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DANA KETCHUM and** * | |
| **PATTY KETCHUM,** * | |
|     **PLAINTIFFS,** * | |
| * | |
| **v.** * | **3:05-cv-1174-F** |
| * | |
| **ALTON JAMES DUPUIS,** * | |
| **MCKENZIE TANK LINES, INC.,** * | |
|     **DEFENDANTS.** * | |

## MOTION TO WITHDRAW

COMES NOW the undersigned counsel in the above referenced case and move this Honorable Court for an order permitting the undersigned to withdraw pursuant to Rule 1.16(b) of the Rules of Professional Conduct. Such a withdrawal would not be materially adverse to the client. The client has consented to the withdrawal, and requests that this Court grant her a period of 60 days within which to obtain new counsel.

Respectfully submitted on this the 3rd day of January, 2007.

                                                      **MORRIS, HAYNES & HORNSBY**

                                                      /s Randall S. Haynes
                                                         Attorney for Plaintiffs
                                                         HAY006

Post Office Box 1660
Alexander City, Alabama 35011-1660
Phone: (256) 329-2000
Fax:   (256) 329-2015

                                                      **LOFTIN, LOFTIN & HALL**

                                                      /s Sam E. Loftin
                                                         Attorney for Plaintiff
                                                         LOF004

Post Office Box 2566
Phenix City, Alabama 36868-2566
Phone: (334) 297-1970
Fax:    (334) 291-7887

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 3rd day of January, 2007, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record in the above referenced case.


                                             /s Randall S. Haynes
                                                 Of Counsel

cc:    Mr. Richard E. Broughton
        Ball, Ball, Matthews & Novak, P.A.
        2000 Interstate Park Drive
        Suite 204
        Montgomery, Alabama 36109

        Mr. Stephen O'Day
        Mr. Andrew M. Thompson
        Smith, Gambrell & Russell, LLP
        Suite 3100 Promenade H
        1230 Peachtree Street, N.E.
        Atlanta, Georgia 30309-3592