IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANA KETCHUM, and<br>PATTIE KETCHUM, | }<br>}<br>} | |
| Plaintiffs, | }<br>} | |
| vs. | }<br>} | CIVIL ACTION NO.<br>3:05cv01174-MEF |
| ALTON JAMES DUPUIS,<br>McKENZIE TANK LINES, INC.,<br>And A, B, C and D, the correct names<br>of which will be added by amendment<br>when ascertained, | }<br>}<br>}<br>}<br>}<br>} | |
| Defendants. | }<br>} | |

**JOINT MOTION**

COME NOW Plaintiffs Dana Ketchum and Pattie Ketchum ("Plaintiffs") by and through their counsel and Defendants Alton James Dupuis and McKenzie Tank Lines, Inc. ("Defendants") by and through their counsel and, pursuant to Fed. R. Civ. P. 6(b), jointly move the Court for an order modifying the Court's Uniform Scheduling Order dated January 26, 2006 (the "Scheduling Order"), as modified by Court Order dated February 3, 2006, and as modified by Court Order dated February 9, 2006, showing the Court that:

1.  Plaintiffs' counsel Randall S. Haynes, Esq. and Sam E. Loftin, Esq. are currently in the process of withdrawing as counsel for Plaintiffs, and have requested that Defendants agree not to file any Motion to Dismiss or Motion for Summary Judgment in the above styled action for 60 days in order to provide Plaintiffs time to attempt to retain substitute counsel. Plaintiffs have agreed to voluntarily dismiss the above styled action if a notice of appearance by substitute counsel for the Plaintiffs is not filed within 60 days of the instant Joint Motion.

2. Currently, by Court Order dated February 9, 2006, pursuant to Section 8 of the Scheduling Order, Plaintiffs were to disclose their experts and reports by November 15, 2006, and Defendants are to disclose their experts and reports by January 15, 2007.

3. Because Plaintiffs have not identified any testifying experts, Defendants must, at the very least, depose Plaintiffs' treating physician(s) prior to Defendants' disclosure of experts and reports in compliance with the Scheduling Order and such depositions cannot take place until Plaintiffs retain substitute counsel.

4. Currently, pursuant to Section 2 of the Scheduling Order, dispositive motions, i.e., motions to dismiss or motions for summary judgment, shall be filed no later than April 23, 2007.

5. Defendants agree not to file any motion to dismiss or motion for summary judgment within 60 days of the date of this Joint Motion in order to allow Plaintiffs sufficient time to attempt to retain substitute counsel, but both parties wish to preserve their right to file dispositive motions upon the expiration of this 60 day period if Plaintiffs retain substitute counsel.

WHEREFORE, in light of the foregoing, Plaintiffs and Defendants jointly move the Court to enter an Order modifying Section 2 of the Scheduling Order such that dispositive motions, i.e., motions to dismiss or motions for summary judgment, shall be filed no later than **June 23, 2007** and modifying Section 8 of the Scheduling Order to reflect that Defendants must disclose their experts and reports by **March 15, 2007**, or within 60 days from the date a notice of appearance by substitute counsel for the Plaintiffs is filed, whichever occurs later. If a notice of appearance by counsel for Plaintiffs is not filed by March 4, 2007, Plaintiffs have agreed to

dismiss the above styled action. For the Court's convenience, a Proposed Order is attached hereto.

Respectfully submitted this 9th day of January, 2007.

| MORRIS, HAYNES & HORNSBY | SMITH, GAMBRELL & RUSSELL, LLP |
|---|---|
| /s/ Randall S. Haynes<br>(w/express permission by Andrew M. Thompson)<br>Alabama Bar No – HAY006<br>131 Main Street<br>Post Office Box 1660<br>Alexander City, Alabama 35011<br>(256) 329-2000<br>(256) 329-2015 facsimile<br><br>Sam E. Loftin<br>Alabama Bar No – LOF004<br>Loftin, Loftin & Hall<br>P.O. Box 2566<br>Phenix City, Alabama 36868<br>(334) 297-1870<br>(334) 291-7887 facsimile<br><br>Attorneys for Plaintiffs<br>Dana Ketchum and Pattie Ketchum | /s/ Andrew M. Thompson<br>Georgia Bar No. 707319<br>Admitted *Pro Hac Vice*<br>Stephen E. O'Day<br>Georgia Bar No. 549337<br>Admitted *Pro Hac Vice*<br>Suite 3100, Promenade II<br>1230 Peachtree Street, NE<br>Atlanta, Georgia 30309-3592<br>Telephone: (404) 815-3500<br><br>Richard E. Broughton<br>Alabama Bar No – BRO043<br>Ball, Ball, Matthews & Novak, P.A.<br>2000 Interstate Park Drive<br>Suite 204<br>Montgomery, AL 36109<br>Telephone: (334) 387-7680<br>Facsimile: (334) 387-3222<br><br>Attorneys for Defendant McKenzie Tank Lines, Inc. and Defendant Alton James Dupuis |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM, and<br>PATTIE KETCHUM,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALTON JAMES DUPUIS,<br>McKENZIE TANK LINES, INC.,<br>And A, B, C and D, the correct names<br>of which will be added by amendment<br>when ascertained,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:05cv01174-MEF |

### CERTIFICATE OF SERVICE

  I hereby certify that on <u>January 9th, 2007</u>, I electronically filed the foregoing **Joint Motion** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Randall S. Haynes
Morris, Haynes & Hornsby
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011

Sam E. Loftin, Esq.
Loftin, Loftin & Hall
Post Office Box 2566
Phenix City, Alabama 36868-2566

            /s/ Andrew M. Thompson
            Counsel for Defendant Alton James Dupuis and
            Defendant McKenzie Tank Lines, Inc.