IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM, and<br>PATTIE KETCHUM,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALTON JAMES DUPUIS,<br>McKENZIE TANK LINES, INC.,<br>And A, B, C and D, the correct names<br>of which will be added by amendment<br>when ascertained,<br><br>        Defendants. | CIVIL ACTION NO.<br>3:05cv01174-MEF |

## ORDER

The parties' Joint Motion to Modify Uniform Scheduling Order having come before the Court, for good cause shown, SAID MOTION IS HEREBY GRANTED, and IT IS HEREBY ORDERED that Section 2 of the Court's Uniform Scheduling Order dated January 26, 2006 ("Scheduling Order") is amended such that the date upon which dispositive motions, i.e., motions to dismiss or motions for summary judgment, shall be filed is continued from April 23, 2007 to June 23, 2007, and Section 8 of the Scheduling Order is amended such that the date upon which Defendants shall make the disclosures described in such Section 8 is continued from January 15, 2007 to March 15, 2007, or within 60 days from the date a notice of appearance by substitute counsel for the Plaintiffs is filed, whichever occurs later.

If a notice of appearance of counsel for Plaintiffs is not filed on or before March 4, 2007, this case shall be dismissed pursuant to the Parties Joint Motion dated January 4, 2007.

This _____ day of _____, 2007.

_____
THE HONORABLE W. KEITH WATKINS
United States District Judge