IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM and PATTIE KETCHUM, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO. 3:05-CV-01174-WKW |
| ALTON JAMES DUPUIS, et al., ) ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #33) filed on January 3, 2007, it is hereby ORDERED that on or before January 22, 2007 Plaintiff's counsel shall file a notice providing the court with a correct mailing address for Plaintiffs.

DONE this 9th day of January, 2007.

                                      /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE