IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATTIE KETCHUM, | * |
| Plaintiff, | * |
| v. | *   CASE NO.: 3:05-CV-01174-WKW |
| ALTON JAMES DUPUIS, et al., | * |
| Defendants. | * |

### NOTICE OF CORRECT MAILING ADDRESS

COMES NOW the undersigned attorney, and in accordance with this Court's Order of January 9, 2007, provides notice to the Court of the Plaintiff's correct mailing address as follows:

Pattie Green Ketchum
1804 Wildwood
Columbus, Georgia 31906

Respectfully submitted on this the 12th day of January, 2007.

_____
RANDALL S. HAYNES (HAY006)
Attorney for Plaintiff

OF COUNSEL:

**MORRIS, HAYNES & HORNSBY**
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660
Telephone: 256-329-2000
Facsimile: 256-329-2015

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2007, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew M. Thompson, Esq.
Stephen E. O'Day, Esq.
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309-3592

Richard E. Broughton, Esq.
Ball, Ball, Matthews & Novak, P. C.
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

Sam E. Loftin, Esq.
Loftin, Loftin & Hall
Post Office Box 2566
Phenix City, Alabama 36868-2566

_____
OF COUNSEL