IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM and ) | |
| PATTIE KETCHUM, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-01174-WKW |
| ) | |
| ) | |
| ALTON JAMES DUPUIS, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of the Motion to Withdraw (Doc. # 33) filed by plaintiffs' counsel, it is ORDERED that the motion is GRANTED.

It is further ORDERED that Plaintiff Pattie Ketchum shall notify the court **on or before March 15, 2007,** as to whether she has retained counsel or wishes to proceed in this action pro se.

The Clerk of the Court is DIRECTED to mail a copy of this order, and all future orders entered while the plaintiff is without legal counsel, to Pattie Green Ketchum at 1804 Wildwood, Columbus, Georgia, 31906, and to list this address as the address of record for said plaintiff.

DONE this 16th day of January, 2006.

                                              /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE