IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM and PATTIE KETCHUM, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )    CASE NO. 3:05-cv-01174-WKW ) |
| ALTON JAMES DUPUIS, et al., | ) ) ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of the Joint Motion to modify the scheduling orders of this court (Doc. # 34), it is ORDERED that the motion is GRANTED. The deadline for the defendants to make expert disclosures as specified in Section 8 of the scheduling orders (Docs. # 15 and # 20) is extended from January 15, 2007, to **May 15, 2007.** The dispositive motions deadline is extended from April 23, 2007, to **June 23, 2007.**

DONE this 16th day of January, 2007.

                                            /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE