IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATTIE KETCHUM, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-1174-WKW |
| | ) |
| ALTON JAMES DUPUIS, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

It is hereby ORDERED that the pretrial set in Opelika, Alabama for July 23, 2007 is rescheduled for July 18, 2007, in the G. W. Andrews Federal Building & U. S. Courthouse, 701 Avenue A, Opelika, Alabama.  The August 20, 2007 trial date remains the same.

Done this the 18th day of January, 2007.

                                                /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE