To:     All Judges, Clerks of Court, and Counsel of Record

From:   Andrew M. Thompson

Re:     **Notice of Leave of Absence**

Date:   March 8, 2007


*Comes now* Andrew M. Thompson and respectfully notifies all Judges before whom he has cases pending, all affected clerks of court, and all counsel of record, that he will be on leave.

1. The period of leave for family vacation during which time Applicant will be away from the practice of law is as follows:

    April 12-13, 2007
    May 24-29, 2007
    June 20-25, 2007

2. All affected Judges and counsel shall have ten days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

>   **Andrew M. Thompson**
>   **GA Bar No. 707319**
>   **Smith, Gambrell & Russell, LLP**
>   **Suite 3100, Promenade II**
>   **1230 Peachtree Street, N.E.**
>   **Atlanta, GA 30309-3592**
>   **404-815-3500**

CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing Notice of Leave of Absence upon all judges, clerks of court and counsel of record listed on the attached Exhibit A, by depositing the same in the U.S. Mail with first class postage prepaid to insure delivery.

This 8th day of March, 2007.

Andrew M. Thompson
GA Bar No. 707319

Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592
404-815-3701

# EXHIBIT A

## USDC FOR THE NORTHERN DISTRICT OF GA:

| Name of Case<br>Case Number | Name of Judge<br>County and Court | Counsel of Record Address |
|---|---|---|
| **Leonard Purvis, et al. v. Douglasville Development, LLC**; Civil Action No. 1:06-cv-0415-WSD | The Honorable William S. Duffey, Jr.<br>U.S. District Court for the Northern District of GA<br>Richard B. Russell Building, Chambers 1721<br>75 Spring Street, S.W.<br>Atlanta, GA 30303<br><br>Clerk, USDC for the Northern District of GA<br>75 Spring Street, S.W.<br>Atlanta, GA 30303 | Andrea L. Pawlak, Esq.<br>Stack & Associates, P.C.<br>260 Peachtree Street, Suite 1200<br>Atlanta, GA 30303<br><br>C. Cooper Knowles<br>Andrew Knowles & Princenthal<br>260 Peachtree Street NW<br>Suite 502<br>Atlanta, GA 30303<br><br>Adam Princenthal, Esq.<br>Andrews, Knowles, et al.<br>260 Peachtree Street, NW,<br>Suite 502<br>Atlanta, GA 30303 |
| **Arch Chemicals v. Rohm & Haas**; Civil Action No. 06-cv-0395-JTC | Honorable Jack T. Camp<br>United States District Court for the Northern District of GA<br>Richard B. Russell Building<br>75 Spring Street, Room 2142<br>Atlanta, GA 30303-3309<br><br>Clerk, USDC for the Northern District of GA<br>75 Spring Street, S.W.<br>Atlanta, GA 30303 | John F. Yarber<br>Jones Day<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA 30309 |

## USDC FOR THE MIDDLE DISTRICT OF ALABAMA:

| Name of Case<br>Case Number | Name of Judge<br>County and Court | Counsel of Record Address |
|---|---|---|
| **Dana Ketchum, et al. v. Alton James Dupuis, et al.**; Civil Action No. 3:05-cv-01174-MEF | The Honorable W. Keith Watkins<br>USDC Middle District of Alabama<br>U.S. District Court<br>P.O. Box 711<br>Montgomery, AL 36101-0711<br><br>Ms. Debra P. Hackett<br>Clerk of Court<br>U.S. District Court<br>P.O. Box 711<br>Montgomery, AL 36101-0711 | Randall S. Haynes<br>Morris, Haynes & Hornsby<br>131 Main Street<br>Post Office Box 1660<br>Alexander City, AL 35011<br><br>Sam E. Loftin, Esq.<br>Loftin, Loftin & Hall<br>Post Office Box 2566<br>Phenix City, AL 36868-2566 |

1

**KNOX, TN COUNTY CIRCUIT COURT:**

| Name of Case<br>Case Number | Name of Judge<br>County and Court | Counsel of Record Address |
|---|---|---|
| **Brittany Book, et al. v. Place Properties, L.P. et al.**; Civil Action No. 1-572-05 | Circuit Judge<br>City County Building<br>400 Main Street<br>Knoxville, TN 37902<br><br>Circuit Court Clerk<br>Suite M-30<br>City County Building<br>400 Main Street<br>Knoxville, TN 37902 | Robert E. Pryor, Jr., Esq.<br>H. Stephen Gillman, Esq.<br>Two Centre Square, Suite 600<br>625 South Gay Street<br>Post Office Box 870<br>Knoxville, Tennessee 37901 |

**USDC FOR THE MIDDLE DISTRICT OF PA:**

| Name of Case<br>Case Number | Name of Judge<br>County and Court | Counsel of Record Address |
|---|---|---|
| **James Jerome Black, et al. v. Metso Paper USA, Inc., et al.**; Civil Action No. 3:cv-05-1951 | The Honorable A. Richard Caputo<br>United States District Court for the Middle District of PA<br>William J. Nealon Federal Building<br>235 N. Washington Ave.<br>P.O. Box 1148<br>Scranton, PA 18501 | Alan M. Feldman<br>Mark W. Tanner<br>Thomas More Marrone<br>Feldman, Shepherd, et al.<br>1845 Walnut Street, 25th Fl.<br>Philadelphia, PA 19103<br><br>John C. McMeekin, II<br>Rawle & Henderson, LLP<br>The Widener Building<br>One South Penn Square<br>Philadelphia, PA 19107<br><br>John J. McAleese, III<br>William S. Pufko<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br><br>Marianne J. Gilmartin<br>Stevens & Lee<br>425 Spruce Street, Suite 300<br>Scranton, PA 18503 |

**COURT OF COMMON PLEAS, LACKAWANNA COUNTY, PA:**

| Name of Case<br>Case Number | Name of Judge<br>County and Court | Counsel of Record Address |
|---|---|---|
| **George Ginader, et al. v. Sandvik, Inc., et al.**; Civil Action No. 05-CV-4711<br><br>**Humane Society of Lackawanna County, et al. v. Metso Paper USA, Inc.**; Civil Action No. 05-CV-4710<br><br>**Mott Peck, et al. v. Metso Paper USA, Inc.**; Civil Action No. 05-CV-4984 | The Honorable Terrence R. Nealon<br>Lackawanna County Courthouse<br>200 N. Washington Avenue<br>Scranton, PA 18503 | Gerald J. Williams<br>Mark R. Cuker<br>Williams Cuker & Berezofsky<br>One Penn Center at Suburban Station<br>1617 J.F.K. Boulevard, Suite 800<br>Philadelphia, PA 19103<br><br>John J. McAleese, III<br>William S. Pufko<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br><br>John C. McMeekin, II<br>Rawle & Henderson LLP<br>The Widener Building<br>One South Penn Square<br>Philadelphia, PA 19107<br><br>Joseph T. Wright, Jr.<br>George A. Reihner<br>Danielle M. Mulcahey<br>David J. Gromelski<br>Wright & Reihner<br>148 Adams Avenue<br>Scranton, PA 18503<br><br>Marianne J. Gilmartin<br>Stevens & Lee PC<br>425 Spruce Street<br>Suite 300<br>Scranton, PA 18503<br><br>John Barry Beemer<br>Beemer & Beemer<br>114-116 North Abington Road<br>Clarks Summit, PA 18411<br><br>Michael H. Roth<br>Roth & Dempsey PC<br>436 Jefferson Avenue<br>Scranton, PA 18510 |