IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM and<br>PATTIE KETCHUM,<br><br>    Plaintiffs,<br><br>v.<br><br>ALTON JAMES DUPUIS, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 3:05-cv-01174-WKW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

By Order dated January 16, 2007 (Doc. # 38), the court granted the parties' joint motion to modify the scheduling orders of this court. In the joint motion, the parties represented that if the plaintiffs did not file a notice of appearance by counsel by March 4, 2007, the plaintiffs agreed to dismiss the action. On the same date, the court ordered the plaintiffs to notify the court by March 15, 2007, as to whether new counsel was retained or whether the plaintiffs wished to proceed in this action pro se. Defense counsel also recently represented to the court that the unrepresented plaintiffs wish to dismiss the action.

In light of the plaintiffs' agreement to dismiss the action if new counsel was not obtained and because plaintiff has not notified this court, it is ORDERED that this case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 17th day of April, 2007.

                                          /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE