IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANA KETCHUM and<br>PATTIE KETCHUM,<br><br>    Plaintiffs,<br><br>v.<br><br>ALTON JAMES DUPUIS, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    CASE NO. 3:05-cv-01174-WKW<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED that this case is DISMISSED without prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this 17th day of April, 2007.

                                          /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE